UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C.<br><br>       Plaintiffs,<br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, et al.<br><br>       Defendants. | Case No. 2:12-cv-00208-JRG-RSP |

**AGREED MOTION FOR STIPULATED DISMISSAL WITHOUT PREJUDICE
AS TO THE NATIONWIDE DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs LPL Licensing, LLC and Phoenix Licensing LLC (together, "Plaintiffs") and Nationwide Mutual Insurance Company; Nationwide Bank; Nationwide Investment Services Corporation; Nationwide Property & Casualty Company; Nationwide Lloyds Company; and Allied Property and Casualty Insurance Company (collectively, "Nationwide") through their respective undersigned counsel, hereby jointly stipulate that all claims, counterclaims, and defenses asserted by any of the undersigned parties against any other undersigned party in the above-captioned case be dismissed without prejudice, with each party to bear its own costs and fees.

Dated: April 1, 2013         Respectfully submitted,

                    By: /s/ Elizabeth L. DeRieux
                      S. Calvin Capshaw
                      State Bar No. 03783900
                      ccapshaw@capshawlaw.com
                      Elizabeth L. DeRieux

State Bar No. 05770585
ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
jrambin@capshawlaw.com
**CAPSHAW DERIEUX, L.L.P.**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Gregory Scott Dovel
CA State Bar No. 135387
Sean A. Luner
CA State Bar No. 165443
Christin Cho
CA State Bar No. 135387
Richard E. Lyon
CA State Bar No. 229288
**Dovel & Luner, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
E-mail: greg@dovellaw.com
E-mail: sean@dovellaw.com
E-mail: christin@dovellaw.com
Email:  rick@dovellaw.com

## CERTIFICATE OF CONFERENCE

I hereby certify on April 1, 2013, counsel for Plaintiffs conferred with counsel for Nationwide, and this motion is agreed.

By: /s/  Rick Lyon

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 1st day of April, 2013. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

By: /s/  Elizabeth L. DeRieux