UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C.<br><br>       Plaintiffs,<br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, et al.<br><br>       Defendants. | Case No. 2:12-cv-00208-JRG-RSP |

**ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO THE NATIONWIDE DEFENDANTS**

  WHEREAS, Plaintiffs LPL Licensing, LLC and Phoenix Licensing LLC (together, "Plaintiffs") and Defendants Nationwide Mutual Insurance Company; Nationwide Bank; Nationwide Investment Services Corporation; Nationwide Property & Casualty Company; Nationwide Lloyds Company; and Allied Property and Casualty Insurance Company (collectively, "Nationwide") have jointly filed a "Stipulation of Dismissal Without Prejudice as to the Nationwide Defendants" pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

  WHEREAS, the Court now finds that an order dismissing all claims asserted by Plaintiffs against the Nationwide Defendants and all counterclaims asserted by the Nationwide Defendants against Plaintiffs should be entered,

  IT IS THEREFORE ORDERED that all claims asserted by Plaintiffs against the Nationwide Defendants and all counterclaims asserted by the Nationwide Defendants

against Plaintiffs are dismissed without prejudice, each party to bear its own costs and fees.

**SIGNED this 2nd day of April, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE