**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:12-CV-00208 (LEAD CASE) |
| NATIONWIDE MUTUAL INSURANCE COMPANY, et al | § § § | |
| Defendants. | § § | |
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:12-CV-00209 |
| PROGRESSIVE CORPORATION; PROGRESSIVE DIRECT INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; and PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, | § § § § § § § § | |
| Defendants. | § | |

**REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Pursuant to Local Rule CV-11(f), Harry L. Gillam, Jr. respectfully requests termination of electronic notices in the above-entitled and numbered civil actions. The Order of Dismissal has been granted on behalf of defendant Progressive Corporation at Dkt. No. 26 in Case No. 2:12-CV-00209. The Orders of Dismissal have been granted on behalf of defendants Progressive Direct Insurance Company, Progressive Casualty Insurance Company and Progressive County Mutual Insurance Company at Dkt. No. 121 in Lead Case No. 2:12-CV-00208.

Dated:  June 20, 2013.

Respectfully submitted,

 */s/ Harry L. Gillam Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
gil@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, on this the 20th day of June, 2013.

 */s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.